UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., DENISE PAYNE,**

Plaintiffs,

-vs-                                                                  Case No. 6:13-cv-67-Orl-28TBS

**SIDDHI-VINAYAK OF TENNESSEE,**

Defendant.

---

# ORDER

This case is before the Court on Plaintiff's Verified Application for Attorney's Fees, Litigation Expenses, Expert Fees and Costs (Doc. No. 31) filed February 4, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 6, 2014 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Verified Application for Attorney's Fees, Litigation Expenses, Expert Fees and Costs (Doc. No. 31) is **GRANTED in part** and **DENIED in part**.

3.   Plaintiffs are awarded $16,687.50 in attorney's fees; $3,334.00 in expert fees; and $1,746.00 in other costs and legal expenses, for a total award of $21,767.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26 day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party